IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:20-cv-03792-MEH

GAVINO LUCERO,

    Plaintiff,

v.

SAFEWAY INC., A DELAWARE
CORPORATION and SEDGWICK
CLAIMS MANAGEMENT SERVICES, INC.

    Defendants.

---

**MOTION FOR EXTENSION TO FILE AMENDED COMPLAINT AND JOIN ADDITIONAL PARTIES**

---

COMES NOW Plaintiff Gavino Lucero ("Plaintiff"), by and through counsel, the Law Offices of John D. Halepaska, LLC, hereby moves this Honorable Court for a one-day extension in which to file an amended pleading and join additional parties. As grounds therefore, he states as follows:

**<u>CERTIFICATION – DUTY TO CONFER</u>**

The Undersigned certifies to the Court pursuant to Local Rule 7.1 that he attempted to confer with Defendants via email prior to the filing of this Motion.

However, no response was received at the time of filing nor could one reasonably be anticipated due to the urgent and unexpected nature of the relief sought herein.

## MOTION

1. As established by the Scheduling Order entered by this Court, the deadline for joinder of parties and amendment of Pleadings is set for October 12, 2021. This deadline has not been extended or requested to be extended.

2. The present Motion is filed prior to the expiration of the applicable deadline.

3. No further changes to the Scheduling Order are sought at this time.

4. Plaintiff will be filing a Motion to Amend the Complaint and Join Additional Parties in the next few hours. This will be accompanied by a proposed Third Amended Complaint.

5. Plaintiff endeavored to file said motion and proposed third amended complaint prior to the expiration of October 12, 2021, but due to the press of other business encountered substantial difficulty. This includes preparation to respond to an urgent issue in separate litigation which seeks to dismiss that matter on the eve of trial based upon a novel argument citing an intervening change in law.

6. This Motion is not seeking an extension for any improper motive.

7. No party would suffer prejudice by granting this Motion.

8. The interests of substantial justice would be served by granting the relief sought herein.

WHEREFORE, for the reasons stated herein, Plaintiff humbly requests an Order of this Court allowing an additional one-day extension of the deadline by which the Parties are to amend pleadings and join additional parties, or until October 13, 2021.

Respectfully Submitted,

s/ *Joseph Ryan Riegerix*
Joseph R. Riegerix
Law Offices of John D. Halepaska, LLC
600 17th Street, Suite 2800 S
Denver, Colorado   80202
Tel: 303-228-7179
Fax: (303) 496-0194
joe@halepaskalaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2021, I electronically filed the foregoing MOTION FOR EXTENSION with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

J. Gordon Howard, Esq.
RUSSELL, OLIVER & STEPHENS, PLC
5178 Wheelis Drive
Memphis, TN 38117
gordonh@roslawgroup.com
*Counsel for Defendant Sedgwick*

Andrew Ringel, Esq.
Hall & Evans, LLC
1001 17th St., Suite 300
Denver, CO 80202
ringela@hallevans.com
*Co-Counsel for Defendant Sedgwick*

Gregory Eurich, Esq.
MILLER & STEIERT, PC
1901 W. Littleton Ave.
Littleton, CO 80120
geurich@m-s-lawyers.com
*Counsel for Defendant Safeway*

                                                  *s/Joseph Ryan Riegerix*