IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:20-cv-03792-MEH

GAVINO LUCERO,

    Plaintiff,

v.

SAFEWAY INC., A DELAWARE CORPORATION; ET AL.

**PLAINTIFF'S MOTION FOR AMENDMENT OF COMPLAINT AND PROPOSED THIRD AMENDED COMPLAINT**

COMES NOW Plaintiff Gavino Lucero ("Plaintiff"), by and through counsel, the Law Offices of John D. Halepaska, LLC, hereby moves this Court for an Order allowing Plaintiff to file a Third Amended Complaint including the joinder of additional parties and additional claims, stating as follows:

**CERTIFICATE OF CONFERRAL**

In accordance with D.C.COLO.LCivR 7.1,Counsel for the Plaintiff conferred via a detailed email exchange with counsel for Defendants Safeway, Inc. and Sedgwick Claims Management Services, Inc. prior to the filing of this Motion. Counsel for Defendants oppose the relief requested herein relief requested herein.

# MOTION

1. As established by the Scheduling Order entered by this Court, the deadline for joinder of parties and amendment of Pleadings was set for October 12, 2021. Plaintiff sought by a timely filed motion to extend this deadline to October 13, 2021.

2. Plaintiff seeks to amend his Complaint to effectuate numerous ends:

    a. add his wife, Iris Lucero, as a Plaintiff so that her specific damages learned of may be redressed without need for a duplicative or perhaps improper separate action;

    b. remove claims against Defendant Sedgwick for outrageous counduct and FMLA violations, as was contemplated by Plaintiff's Response to Sedgwick's Motion to Dismiss;

    c. add four (4) Defendants, all of which were named in the Original Complaint:

        i. Albertson's Companies, Inc. (ACI) for civil conspiracy, FMLA violations, and negligence,

        ii. Lori Doggett, Stefanie Stark and Sean Haley – individually for FMLA violations and for civil conspiracy; and,

    d. Condense and clarify existing language and causes of action pled.

3.      Plaintiff in reviewing Defendants' Fed. R. Civ. P. 26(a)(1) initial disclosures and engaging in thorough investigation in preparation for responding to discovery requests from Defendants, discovered evidence supporting the addition and joinder of these claims and parties. Plaintiff elected to amend the complaint now rather than engage in undue delay awaiting further discovery.

4.      Plaintiff presented Defendants with a paragraph or more of justification for the reasons supporting each additional party and claim raised herein. Defendants were invited to engage in a dialogue on each change weeks prior to the filing of this motion to amend and third amended complaint in order to provide time for any reasons submitted by Defendants to be heard and addressed as appropriate.

5.      Defendants did not object substantively to the propriety or reasoning supporting any specific reason proposed but instead to the fact that Plaintiff had already amended his Complaint and that it was perceived as lengthy. To this end, the Plaintiff endeavored to condense the Third Amended Complaint and remove duplicative factual allegations while removing others which were unnecessary at this time.

6.      The final pretrial conference is scheduled for July 11, 2022. This is approximately 9 months from present. Therefore these amendments, parties, and claims will not cause any delay in trial.

7. All parties joined as Defendant were on notice of the pendency of this action by nature of Plaintiff's counsel's prior correspondence and telephone calls with in-house counsel for Albertson's Companies, Inc. prior to any party initially receiving formal service, answering, or otherwise responding to a Complaint in this matter. Said counsel was aware of the Parties named in the Original Complaint.

8. The addition of claims sounding in negligence will not significantly expand or delay discovery, to the best of Plaintiff's estimation at this time.

9. The grounds for including the additional claims against Sedgwick were further explained in Plaintiff's Response to Sedgwick's Motion to Dismiss.

10. Thus, all claims against all parties are believed in good faith by Plaintiff to be factually and legally supported, and timely filed.

11. Leave to amend a pleading shall be freely given when justice so requires. C.R.C.P. 15(a). This rule prescribes a liberal policy of amendment and encourages courts to look favorably on a request to amend. *Eagle River Mobile Home Park vs. Dist. Ct.*, 647 P 2 660,662 (Colo. 1982). Thus, a motion to amend is entitled to lenient examination. *Polk vs. Dist. Ct*., 849 P 2nd 23, 25 (Colo. 1993).

12. A proposed Third Amended Complaint is filed herewith, along with a redline version showing all changes from the Second Amended Complaint.

13. This Amendment is not sought for any improper motive or purpose.

14. Substantial justice will be done by allowing said amendment.

WHEREFORE Plaintiff Gavino Lucero pray this Court grant this Motion, enter his Third Amended Complaint as the operative pleading in this matter and grant leave to effectuate service and perform all other actions as may be necessary or desired by this Honorable Court.

Respectfully Submitted,

s/ *Joseph R. Riegerix*
Joseph R. Riegerix
Law Offices of John D. Halepaska, LLC
600 17th Street, Suite 2800 S
Denver, Colorado   80202
Tel: 303-228-7179
Fax: (303) 496-0194
joe@halepaskalaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of October, 2021, I served a true and correct copy of the foregoing MOTION TO AMEND COMPLAINT electronically via CM/ECF and served upon the following:

J. Gordon Howard, Esq.
RUSSELL, OLIVER & STEPHENS, PLC
5178 Wheelis Drive
Memphis, TN 38117
gordonh@roslawgroup.com
*Counsel for Defendant Sedgwick*

Andrew Ringel, Esq.
Hall & Evans, LLC
1001 17th St., Suite 300
Denver, CO 80202
ringela@hallevans.com
*Co-Counsel for Defendant Sedgwick*

Gregory Eurich, Esq.
MILLER & STEIERT, PC
1901 W. Littleton Ave.
Littleton, CO 80120
geurich@m-s-lawyers.com
*Counsel for Defendant Safeway*

                                                  *s/ Jackie Johnson*
                                                  Jackie Johnson