IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:20-cv-03792-MEH

GAVINO LUCERO,

    Plaintiff,

v.

SAFEWAY INC., A DELAWARE
CORPORATION and SEDGWICK
CLAIMS MANAGEMENT SERVICES, INC.

    Defendants.

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
TO REPLY TO DEFENDANT SEDGWICK'S RESPONSE
TO MOTIONTO AMEND COMPLAINT**

COMES NOW Plaintiff Gavino Lucero ("Plaintiff"), by and through counsel, the Law Offices of John D. Halepaska, hereby moves this Honorable Court for a two-week extension in which to file his Reply to Defendant Sedgwick ("Sedgwick")'s Response to Plaintiff's Motion to Amend Complaint.  As grounds therefore, Plaintiff states as follows:

## CERTIFICATION – DUTY TO CONFER

The Undersigned certifies to the Court pursuant to Local Rule 7.1 that he conferred with counsel for Sedgwick via email prior to the filing of this Motion and is authorized to state the relief requested herein is NOT OPPOSED.

## MOTION

1. Sedgwick filed its Response to Plaintiff's Motion to File a Third Amended Complaint on November 2, 2012, making Plaintiff's Reply due TODAY, November 16, 2021.

2. Due to the press of other business, including a five-day jury trial that commenced on November 15, 2021, Plaintiff seeks this extension to file his Reply.

3. This Motion is not seeking an extension for any improper motive.

4. No party would suffer prejudice by granting this Motion.

5. The interests of substantial justice would be served by granting the relief sought herein.

WHEREFORE, for the reasons stated herein, Plaintiff humbly requests an Order of this Court allowing an additional 14 days in which to file his Reply to Plaintiff's Response to Plaintiff's Motion to Amend, or by November 30, 2021.

Dated this 16th day of November, 2021.

Respectfully Submitted,


s/ *Joseph Ryan Riegerix*
Joseph R. Riegerix
Law Offices of John D. Halepaska
600 17th Street, Suite 2800 S
Denver, Colorado   80202
Tel: 303-228-7179
Fax: (303) 496-0194
joe@halepaskalaw.com
*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2021, I electronically filed the foregoing MOTION FOR EXTENSION with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

J. Gordon Howard, Esq.
RUSSELL, OLIVER & STEPHENS, PLC
5178 Wheelis Drive
Memphis, TN 38117
gordonh@roslawgroup.com
*Counsel for Defendant Sedgwick*

Andrew Ringel, Esq.
Hall & Evans, LLC
1001 17th St., Suite 300
Denver, CO 80202
ringela@hallevans.com
*Co-Counsel for Defendant Sedgwick*

Gregory Eurich, Esq.
MILLER & STEIERT, PC
1901 W. Littleton Ave.
Littleton, CO 80120
geurich@m-s-lawyers.com
*Counsel for Defendant Safeway*

                                                    *s/Jackie Johnson*
                                                    Jackie Johnson