IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03792-MEH

GAVINO LUCERO,

        Plaintiff,

vs.

SAFEWAY, INC.,
JOHN DOES 1-20,

        Defendants.

## JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

Pursuant to the Order [ECF 122, issued on November 30, 2023] of United States Judge Michael E. Hegarty GRANTING the Defendants' Motion for Summary Judgment [ECF 79, filed August 19, 2022] which order is incorporated by reference, it is

ORDERED judgment shall be entered IN FAVOR of all Defendants, *Safeway, Inc., and John Does 1-20*, and, AGAINST the Plaintiff, *Gavino Lucero*, as to all clams for relief and causes of action asserted in this case.

Dated at Denver, Colorado, this 30th day of November 2023.

                                              FOR THE COURT:
                                              Jeffrey P. Colwell, Clerk

                                              By *s/ C. Thompson*
                                                 C. Thompson
                                                 Deputy Clerk